**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SMARTFLASH LLC and** <br> **SMARTFLASH TECHNOLOGIES** <br> **LIMITED** <br><br> Plaintiffs, <br><br> v. <br><br> **AMAZON.COM, INC.,** <br> **AMAZON.COM, LLC, AMZN** <br> **MOBILE, LLC, AMAZON WEB** <br> **SERVICES, INC., and** <br> **AUDIBLE, INC.,** <br><br> Defendants. | § § § § § § § § § § § § § § § § § | Civil Action No. 6:14-cv-00992 <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS' SMARTFLASH LLC AND
SMARTFLASH TECHNOLOGIES LIMITED'S JURY DEMAND**

Pursuant to Civil Rule CV-38(a), Plaintiffs Smartflash LLC and Smartflash Technologies Limited hereby file this Jury Demand demanding a jury for all issues so triable.

Dated: December 29, 2014

Respectfully submitted,

**CALDWELL CASSADY & CURRY**

Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398

Email: dpearson@caldwellcc.com
Hamad M. Hamad
Texas State Bar No. 24061268
Email: hhamad@caldwellcc.com
Christopher S. Stewart
Texas State Bar No. 24079399
Email: cstewart@caldwellcc.com
John F. Summers
Texas State Bar No. 24079417
Email: jsummers@caldwellcc.com
Jason S. McManis
Texas State Bar No. 24088032
Email: jmcmanis@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

T. John Ward
Texas State Bar No. 20848000
Email: tjw@wsfirm.com
T. John Ward, Jr.
Texas State Bar No. 00794818
Email: jw@wsfirm.com
**WARD & SMITH LAW FIRM**
P.O. Box 1231
1127 Judson Road, Suite 220
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFFS SMARTFLASH LLC AND SMARTFLASH TECHNOLOGIES LIMITED**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 29th day of December, 2014. Local Rule CV-5(a)(3)(A).

*/s/ Bradley W. Caldwell*
Bradley W. Caldwell
